FILED

2008 AUG 26  AM 11: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 154436     - TC

August 26, 2008
11:09:49

**Habeas Corpus**
USAO #.: 08-1270
Judge..: IRMA E GONZALEZ
Amount.:                    $5.00 OC
Check#.: 155-172696

Total-> $5.00

FROM: WRIT OF HABEUS CORPUS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY A. BARTHOLOMEW,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>KATHY MENDOZA-POWERS, Warden, et al.,<br><br>　　　　　　　　　　　Respondents. | Civil No.   08-1270 IEG (NLS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than September 15, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.**

　　　　IT IS SO ORDERED.

DATED: July 25, 2008

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court